**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO**

| | |
|---|---|
| In Re:<br><br>PATRICK CLARK and SUZANNE CLARK,<br><br>                 Appellants<br><br>vs.<br><br>S & J ADVERTISING, INC.,<br><br>                 Appellee. | **CASE NO. 2:16-cv-00250-WBS**<br>**CASE NO. 2:15-cv-02021-TLN**<br>**CASE NO. 2:15-cv-02228-TLN**<br><br>**[Bankr. Case No. 14-21394]**<br><br>**ORDER GRANTING**<br>**CONSOLIDATION OF APPEALS** |

## **FACTS**

1. Pursuant to Local Rule 123, Debtors, PATRICK CLARK and SUZANNE CLARK, filed a Notice of Related Cases.

2. On September 23, 2015, Debtors appealed a Bankruptcy Minute Order entered on September 11, 2015. The appeal was assigned District Court Case No. 2:15-cv-02021 and assigned to Judge Troy L. Nunley.

3. On October 22, 2015, Debtors filed an additional appeal, appealing an order entered by the Bankruptcy Court on October 20, 2015. The appeal was assigned District Court Case No. 2:15-cv-02228 and assigned to Judge Garland E. Burrell. On January 8, 2015 Case No. 2:15-cv-02228 was reassigned to Judge Nunley.

4. On February 5, 2016, Debtors filed a Notice of Appeal appealing several orders made by the Bankruptcy court, including the final order issued January 26, 2016 converting Debtors'

case from Chapter 13 to Chapter 7. Debtors included in that Notice of Appeal the two orders previously appealed from dated September 11, 2015 and October 20, 2015.

     5. This Court, having read Appellants' Notice of Related Case, and in an effort to save judicial economy, orders the following:

IT IS ORDERED:

     1. Pursuant to Local Rule 123, Appellants' request for consolidation of the appeals, 2:16-cv-00250-WBS, 2:15-cv-02021-TLN, and 2:15-cv-02228-TLN, is hereby granted.

     2. As Judge Troy L. Nunley is the judge presiding over the action with the lowest number, all appeals are hereby reassigned to Judge Troy L. Nunley and consolidated under Case No. 2:15-cv-02021-TLN.

     3. To curtail any further confusion, Appellants are hereby ordered to file any objections, arguments, or appeals pertaining to the above bankruptcy appeal under case number 2:15-cv-02021-TLN.

     4. The Clerk of Court is ordered to make appropriate adjustment in the assignment of civil cases to compensate for this reassignment and issue.

Dated: February 22, 2016

Troy L. Nunley  
United States District Judge