ARTHUR SAMUEL HUMPHREY (SBN 271578)
ARTHUR SAMUEL HUMPHREY, ATTORNEY AT LAW
181 Butcher Road
Vacaville, California 95687
Phone:  (707) 446-4400
Fax:      (707) 446-4433
E-mail: Arthur@Humphreyatlaw.com

Attorney for Debtors,
Suzanne Clark and Patrick Clark

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO

| | |
|---|---|
| In Re: | **CASE NO. 2:15-cv-02021-TLN** |
| PATRICK CLARK and SUZANNE CLARK, | **[Bankr. Case No. 14-21394]** |
| Appellants | |
| vs. | **ORDER GRANTING MOTION TO DISPENSE WITH APPENDIX AND PERMIT APPEAL TO PROCEED ON THE ORIGINAL RECORD** |
| S & J ADVERTISING, INC., | |
| Appellee. | |

//

//

//

//

//

//

//

//

//

//

The Court, having reviewed Appellants' Motion to Dispense with Appendix and Permit Appeal to Proceed on the Original Record and the Declaration of Arthur Samuel Humphrey in Support of Motion to Dispense with Appendix and Permit Appeal to Proceed on the Original Record, finds, adjudges, and orders as follows:

1. The request to dispense with appendix and permit appeal to proceed on the original record is GRANTED.

2. This court hereby permits the appeal to proceed on the original record, with the submission of any relevant parts of the record that this court orders the parties to file.

IT IS SO ORDERED.

Dated: September 13, 2016

_____
Troy L. Nunley
United States District Judge