Thomas R. Phinney, State Bar No. 159435
**PARKINSON PHINNEY**
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone:   (916) 449-1444
E-mail: *tom@parkinsonphinney.com*

**ATTORNEYS FOR APPELLEE S&J ADVERTISING, INC.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re PATRICK AND SUZANNE CLARK,<br><br>Appellants<br><br>vs.<br><br>S&J ADVERTISING, INC.<br><br>Appellee | Case No. 2:15-cv-02021-TLN<br><br>[Bankr. Case No. 14-21394]<br><br>**ORDER EXTENDING TIME FOR APPELLEE TO FILE BRIEF** |

Having considered the application made by S&J Advertising, Inc. ("Appellee") for a 1-day extension of the time to file Appellee's Brief, and good cause appearing therefor;

IT IS ORDERED that the time for Appellee to file its appeal brief is extended to October 26, 2016.

Dated: October 31, 2016

_____
Troy L. Nunley
United States District Judge

1