1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    In re:                                        No. 2:15-cv-02021-TLN
      PATRICK CLARK  and SUZANNE
12    CLARK,
                                                    **ORDER**
13                    Appellants,

14         v.

15    S & J ADVERTISING, INC,

16                    Appellee.

17    ────────────────────────────────              No. 2:16-cv-02751-JAM

18    In re:
      PATRICK CLARK  and SUZANNE
19    CLARK,

20                    Appellants,

21         v.

22    S & J ADVERTISING, INC,

23                    Appellee.

24

25

26         Appellants Patrick Clark and Suzanne Clark (jointly "Appellants") filed a Notice of

27    Related Cases, in which they state that the appeal in the case entitled 2:16-cv-02751-JAM should

28
                                                    1

1  be filed under case number 2:15-cv-02021-TLN.  The Court construes this as a request to

2  consolidate the cases.

3      Examination of the above-entitled actions reveals that they are related within the meaning

4  of Local Rule 123.  The actions involve the same parties, are based on the same underlying

5  action, and would therefore entail a substantial duplication of labor if heard by different judges.

6  Accordingly, consolidation of the matters is likely to affect a substantial savings of judicial effort.

7      IT IS THEREFORE ORDERED that Appellants' Motion to Consolidate case number

8  2:16-cv-02751-JAM and 2:15-cv-02021-TLN is GRANTED.  Case number 2:16-cv-02751-JAM

9  is hereby reassigned to Judge Troy L. Nunley and consolidated under Case number 2:15-cv-

10  02021-TLN.  The parties are hereby ordered to file any objections, arguments, or appeals to the

11  above bankruptcy appeal under case number 2:15-cv-02021-TLN.

12      IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustments in the

13  assignment of civil cases to compensate for this reassignment.

14

15  Dated: December 5, 2016

16

17

18                          Troy L. Nunley
                            United States District Judge

19

20

21

22

23

24

25

26

27

28